IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| GWENDOLYN S. HOLMES, | § | |
| | § | |
| Petitioner, | § | |
| v. | § | CIVIL ACTION H-05-3057 |
| | § | |
| FEDERAL BUREAU OF PRISONS, | § | |
| | § | |
| Respondent. | § | |

# FINAL JUDGMENT

For the reasons stated in the Court's Memorandum on Dismissal entered this date, this action is DISMISSED.

SIGNED at Houston, Texas, on this 9th day of November, 2005.

*David Hittner*

_____

DAVID HITTNER

United States District Judge